1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10             (HONORABLE LOUISA S. PORTER)

11 | UNITED STATES OF AMERICA,       ) CASE NO. 08MJ2186
   |                                 )
12 |         Plaintiff,              )
   |                                 )
13 | v.                              )
   |                                 ) **NOTICE OF APPEARANCE**
14 | JOSE LOPEZ-GUTIERREZ,           )
   |                                 )
15 |         Defendant.              )
   |_____)

17  Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19  attorney in the above-captioned case.

20                                  Respectfully submitted,

22  Dated: July 21, 2008            /s/ *JENNIFER L. COON*
                                    Federal Defenders of San Diego, Inc.
23                                  Attorneys for Defendant
                                    Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 21, 2008                             /s/ *JENNIFER L. COON*
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 Jennifer_Coon@fd.org (email)