UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>JOSE LOPEZ-GUTIERREZ<br><br>　　　　Defendant(s) | CRIMINAL NO. 08 MJ 2186<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　On order of the United States District/**Magistrate Judge**,　　**JAN M. ADLER**

　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

MARIA DE JESUS-ZAVALA-PARAMO

DATED: 7/30/08

　　　　　　　　　　　　　　　　　　　　　　　　RECEIVED 2008 JUL 30 A 11:07
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　　　　OR
　　　　　DUSM

　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.　Clerk
　　　　　　　　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　B. LLOYD

CLERK'S OFFICE COPY　　　　　　　　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95