UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff       )   CRIMINAL NO. 08 MJ 2186
                            )
                            )   ORDER
vs.                         )
                            )   RELEASING MATERIAL WITNESS
                            )
JOSE LOPEZ-GUTIERREZ        )
                            )   Booking No.
            Defendant(s)    )
                            )

JAN M. ADLER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

VERONICA GONZALEZ-RANGEL

DATED: 7/30/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
        by _____
           Deputy Clerk
           **B. LLOYD**